No. 80–574. ATTORNEY GENERAL OF NEW JERSEY *v.* BISACCIA. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 80–482. LEAD INDUSTRIES ASSN., INC. *v.* ENVIRONMENTAL PROTECTION AGENCY; and

No. 80–483. ST. JOE MINERALS CORP. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 208 U. S. App. D. C. 1 and 55, 647 F. 2d 1130 and 1184.

No. 80–609. JOHNSON *v.* NORDSTROM-LARPENTEUR AGENCY, INC. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.